IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL O'GRADY,

    Plaintiff,

v.

TERESA L. CARLSON and
JAMES L. SANTELLE,

    Defendants.

JUDGMENT IN A CIVIL CASE

12-cv-388-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case as frivolous.

_____     11/21/12
Peter Oppeneer, Clerk of Court             Date